UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EX PARTE TRUSTEE VENICE FOR ALIAS MERCHANT SURNAME FLORES-WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF PUBLIC HEALTH VITAL RECORDS, et al.,<br><br>Defendant. | Case No. 2:23-cv-02166-JFW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Ex Parte Trustee Venice for Alias Merchant Surname Flores-Washington ("Plaintiff"); this Court's Order to Show Cause why the action should not be dismissed (Dkt. 12, "OSC"); Plaintiff's Response to the OSC (Dkt. 21); the Motion filed by the California Department of Public Health Vital Records and the State of California ("California Defendants") to Dismiss the Complaint (Dkt. 18, "Motion") and other papers filed in support of and in opposition to the Motion (Dkt. 19, 29, 30); a Further Order to Show Cause issued by the assigned magistrate judge

(Dkt. 38, "Further OSC"); Plaintiff's Response to the Further OSC, which the magistrate judge interpreted as a request for leave to amend the Complaint (Dkt. 39, "Request"); a further order by the assigned magistrate judge (Dkt. 40); a Declaration by Plaintiff in response to the further order (Dkt. 41); and the Report and Recommendation of the magistrate judge (Dkt. 44, "Report"). No party filed a timely objection to the Report or timely sought additional time in which to do so.  The Report is approved and accepted.

    Therefore, IT IS HEREBY ORDERED that: (1) the Motion (Dkt. 18) is DENIED; (2) the Request (Dkt. 39) is DENIED; and (3) Judgment shall be entered dismissing this action without prejudice.

Dated: July 18, 2023

                                                    JOHN F. WALTER
                                                    United States District Judge