JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| EX PARTE TRUSTEE VENICE FOR ALIAS MERCHANT SURNAME FLORES-WASHINGTON, | Case No. 2:23-cv-02166-JFW-JDE |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF PUBLIC HEALTH VITAL RECORDS, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: July 18, 2023

_____
JOHN F. WALTER
United States District Judge